# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRYCE HUMPHRIES,<br><br>Defendant. | Case No. 2:23-mj-00652-VCF<br><br>ORDER CONTINUING<br>BENCH TRIAL |

Based on the pending stipulation of counsel, and good cause appearing therefore, IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for February 7, 2024, at the hour of 9:00 a.m., be vacated and continued to March 13, 2024 at 9:00 am in Courtroom 3A.

DATED this 27th day of December, 2023.

_____
UNITED STATES MAGISTRATE JUDGE